UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DWAYNE LOYD, | ) |
| | ) |
| vs. | ) Case No. 07-619-CV-W-RED-SSA |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social Security | ) |
| Administration | ) |
| | ) |

\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

Upon review of the record, the Court finds that substantial evidence on the record as a whole supports the Administrative Law Judge's findings and conclusions in this case. Accordingly, it is hereby

ORDERED that the decision of the Administrative Law Judge is **AFFIRMED**.

**IT IS SO ORDERED.**

November 6, 2008                     P. L. Brune
Date                                 Clerk


Entered on: November 7, 2008          s/ Karen Siegert
                                     (By) Deputy Clerk